UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MEGAN TYRRELL,

    Plaintiff,

-against-

SEAFORD UNION FREE SCHOOL DISTRICT,
SEAFORD HIGH SCHOOL, MICHAEL J. RAGON, in his
individual and official capacity, PAULA SUSSMAN, in
her individual and official capacity, GEORGE DUFFY III,
in his individual and official capacity, BRIAN CONBOY,
in his individual and official capacity, MASSAPEQUA
SCHOOL DISTRICT,

    Defendants.
-------------------------------------------------------------------X

**STIPULATION OF DISCONTINUANCE**

CV 08-4811
(SJF) (MLO)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for plaintiff Megan Tyrrell and defendant Massapequa Union Free School District (sued herein as Massapequa School District), that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, plaintiff shall withdraw, discontinue and dismiss this action as against defendant Massapequa Union Free School District, with prejudice and without costs or fees to either party as against the other. This

stipulation may be filed without further notice with the clerk of the Court.

DATED: Westbury, New York
March 25, 2009

FREDERICK K. BREWINGTON
Attorney for Plaintiff Megan Tyrrell
50 Clinton Street, Suite 501
Hempstead, New York 11550
(516) 489-6959

By: _____
Frederick K. Brewington [FB 2797]

SOKOLOFF STERN LLP
Attorneys for Defendant
TO MASSAPEQUA SCHOOL DISTRICT
355 Post Avenue, Suite 201
Westbury, New York 11590
(516) 334-4500
Our File No.: 090002

By: _____
Steven C. Stern [SS 2573]

SO ORDERED:
3/27/09

2