## CONGDON, FLAHERTY, O'CALLAGHAN, REID
## DONLON, TRAVIS & FISHLINGER
ATTORNEYS AND COUNSELORS AT LAW
A Professional Corporation

| NEW YORK CITY OFFICE: | THE OMNI | ALBANY OFFICE: |
|---|---|---|
| 10 ROCKEFELLER PLAZA | 333 EARLE OVINGTON BLVD. SUITE 502 | 12 METRO PARK ROAD |
| SUITE 900 | UNIONDALE, NY 11553-3625 | SUITE 207 |
| NEW YORK, NY 10020 | | COLONIE, NY 12205 |
| 212-692-0496 | 516-542-5900 | 518-437-9300 |
| FAX 212-692-0639 | | FAX 518-437-1182 |
| | FAX NO. 516-542-5912 | |

*Lawrence J. Brennan*
Of Counsel

E-mail: lbrennan@cfolegal.com

Writer's direct dial:
516-750-9462

March 27, 2009

Hon. Sandra J. Feuerstein, U.S.D.J.
Att: Chambers
United States District Court
100 Federal Plaza
Central Islip, NY 11722

Re: Tyrrell v. Seaford UFSD, et al.
Docket No. CV-08-4811 (SJF)(MLO)

Dear Judge Feuerstein:

We represent the defendants, SEAFORD UNION FREE SCHOOL DISTRICT, SEAFORD HIGH SCHOOL, MICHAEL J. RAGON, in his individual and official capacity, PAULA SUSSMAN, in her individual and official capacity, GEORGE DUFFY III, in his individual and official capacity, and BRIAN CONBOY, in his individual and official capacity with reference to the above-captioned matter.

We have served a Motion to Dismiss on Plaintiff's attorney with reference to the above captioned matter.

Very truly yours,

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

LAWRENCE J. BRENNAN (LJB 7867)

LJB/emp
cc: Magistrate Judge Michael L. Orenstein
100 Federal Plaza
Central Islip, NY 11722

LAW OFFICES OF FREDERICK K. BREWINGTON
50 Clinton Street, Suite 501
Hempstead, New York 11550

H:\WPDOCS\FILES\T\Tyrrell\nysir3-001\correspo\Hon.Feuerstein.MotiontoDismiss.ltr.doc