UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MEGAN TYRRELL,   Docket No. CV-08-4811
                                                                    (SJF) (MJO)
                       Plaintiff,

      -against-

SEAFORD UNION FREE SCHOOL DISTRICT,   **ANSWER TO**
(Seaford High School), MICHAEL J. RAGON,   **AMENDED COMPLAINT**
in his individual and official capacity, PAULA
SUSSMAN, in her individual and official capacity,
GEORGE DUFFY III, in his individual and official
capacity, BRIAN CONBOY, in his individual and
official capacity, JOHN and JANE DOES 1-10,

                       Defendants.
-----------------------------------------------------------------X

      Defendants, SEAFORD UNION FREE SCHOOL DISTRICT, MICHAEL J. RAGON, PAULA SUSSMAN, GEORGE DUFFY and BRIAN CONBOY (hereinafter referred to as the "Seaford Defendants"), by their attorneys, CONGDON, FLAHERTY, O'CALLAGHAN, REID, DONLON, TRAVIS & FISHLINGER ESQS., state upon information and belief for their answer to plaintiff's amended complaint:

<u>ANSWERING THE PRELIMINARY STATEMENT</u>

      1.    Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph numbered "1" of the plaintiff's amended complaint and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action.

      2.    Defendants deny each and every allegation contained in paragraph numbered "2" of the plaintiff's amended complaint.

## ANSWERING THE JURISDICTION AND VENUE

3.      Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs numbered "3", "5" and "6" of the plaintiff's amended complaint and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action.

4.      Defendants deny each and every allegation contained in paragraph numbered "4" of the plaintiff's amended complaint.

## ANSWERING PARTIES

5.      Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs numbered "7" and "13" of the plaintiff's amended complaint.

6.      Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph numbered "8" of the plaintiff's amended complaint and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action.

7.      Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph numbered "9" of the plaintiff's amended complaint, and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action except admit that Michael J. Ragon was the principal of Seaford High School.

8.      Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph numbered "10" of the plaintiff's amended complaint, and refer all questions of law and fact to this Honorable Court and the triers of fact at

the trial of this action except admit that Paula Sussman was a social worker at Seaford High School.

      9.      Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph numbered "11" of the plaintiff's amended complaint and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action except admit that George Duffy III was the superintendent of Seaford Union Free School District.

      10.      Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph numbered "12" of the plaintiff's amended complaint and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action except admit that Brian Conboy was the assistant superintendent of Seaford Union Free School District.

## ANSWERING FACTUAL ALLEGATIONS

      11.      Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs numbered "14", "15", "16", "17", "19", "20", "21", "23", "24", "25", "27", "29", "30", "31", "32", "33", "36", "37", "39", "41", "42", "43", "44", "47", "48", "49", "55", "56", "57", "61", "62" and "63" of the plaintiff's amended complaint.

      12.      Defendants deny each and every allegation contained in paragraphs numbered "18", "22", "28", "34", "38", "40", "45", "46", "50", "52", "53", "54", "58", "59", "60", "64", "65", "66" and "67" of the plaintiff's amended complaint.

13. Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph numbered "26" of the plaintiff's amended complaint except admit that Paula Sussman spoke with plaintiff about the alleged incident.

14. Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph numbered "35" of the plaintiff's amended complaint and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action.

15. Defendants deny each and every allegation contained in paragraph numbered "51" of the plaintiff's amended complaint except to admit a letter was sent home.

## ANSWERING THE FIRST CAUSE OF ACTION

16. Answering paragraph numbered "68" of the plaintiff's amended complaint herein, defendants, SEAFORD UNION FREE SCHOOL DISTRICT, MICHAEL J. RAGON, PAULA SUSSMAN, GEORGE DUFFY and BRIAN CONBOY, repeat, reiterate and reallege each and every denial heretofore made in regard to each and every paragraph of plaintiff's amended complaint, designated as paragraphs "1" through "67" inclusive with the same force and effect as though more fully set forth at length herein.

17. Defendants deny each and every allegation contained in paragraph numbered "69" of the plaintiff's amended complaint and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action.

18. Defendants deny each and every allegation contained in paragraphs numbered "70", "71", "72", "73" and "74" of the plaintiff's amended complaint.

## ANSWERING THE SECOND CAUSE OF ACTION

19. Answering paragraph numbered "75" of the plaintiff's amended complaint herein, defendants, SEAFORD UNION FREE SCHOOL DISTRICT, MICHAEL J. RAGON, PAULA SUSSMAN, GEORGE DUFFY and BRIAN CONBOY, repeat, reiterate and reallege each and every denial heretofore made in regard to each and every paragraph of plaintiff's amended complaint, designated as paragraphs "1" through "74" inclusive with the same force and effect as though more fully set forth at length herein.

20. Defendants deny each and every allegation contained in paragraph numbered "76" of the plaintiff's amended complaint and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action.

21. Defendants deny each and every allegation contained in paragraphs numbered "77", "78", "79", "80", "81", "82", "83" and "84" of the plaintiff's amended complaint.

## ANSWERING THE THIRD CAUSE OF ACTION

22. Answering paragraph numbered "85" of the plaintiff's amended complaint herein, defendants, SEAFORD UNION FREE SCHOOL DISTRICT, MICHAEL J. RAGON, PAULA SUSSMAN, GEORGE DUFFY and BRIAN CONBOY, repeat, reiterate and reallege each and every denial heretofore made in regard to each and every paragraph of plaintiff's amended complaint, designated as paragraphs "1" through "84" inclusive with the same force and effect as though more fully set forth at length herein.

23. Defendants deny each and every allegation contained in paragraphs numbered "81"(2)[1], "82"(2), "83"(2) and "86" of the plaintiff's amended complaint.

---

[1] The two in parentheses denotes the second time the paragraph number was used in the amended complaint.

### ANSWERING THE FOURTH CAUSE OF ACTION

24. Answering paragraph numbered "84"(2) of the plaintiff's amended complaint herein, defendants, SEAFORD UNION FREE SCHOOL DISTRICT, MICHAEL J. RAGON, PAULA SUSSMAN, GEORGE DUFFY and BRIAN CONBOY, repeat, reiterate and reallege each and every denial heretofore made in regard to each and every paragraph of plaintiff's amended complaint, designated as paragraphs "1" through "83"(2) inclusive with the same force and effect as though more fully set forth at length herein.

25. Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs numbered "85"(2), "86"(2), "87" and "88" of the plaintiff's amended complaint

26. Defendants deny each and every allegation contained in paragraph numbered "89" of the plaintiff's amended complaint.

### ANSWERING THE SIXTH CAUSE OF ACTION

27. Answering paragraph numbered "90" of the plaintiff's amended complaint herein, defendants, SEAFORD UNION FREE SCHOOL DISTRICT, MICHAEL J. RAGON, PAULA SUSSMAN, GEORGE DUFFY and BRIAN CONBOY, repeat, reiterate and reallege each and every denial heretofore made in regard to each and every paragraph of plaintiff's amended complaint, designated as paragraphs "1" through "89" inclusive with the same force and effect as though more fully set forth at length herein.

28. Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraphs numbered "91", "92", "94" and "95" of the

plaintiff's amended complaint and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action.

29. Defendants deny each and every allegation contained in paragraph numbered "93" of the plaintiff's amended complaint except admit Ragon, Sussman, Duffy and Conboy were employees of SEAFORD UNION FREE SCHOOL DISTRICT.

30. Defendants deny each and every allegation contained in paragraphs numbered "96", "97", "98", "99", "100", "101", "103", "104", "105", "106" and "107" of the plaintiff's amended complaint.

31. Defendants each and every allegation contained in paragraph numbered "102" of the plaintiff's amended complaint and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action.

## ANSWERING THE SEVENTH CAUSE OF ACTION

32. Answering paragraph numbered "108" of the plaintiff's amended complaint herein, defendants, SEAFORD UNION FREE SCHOOL DISTRICT, MICHAEL J. RAGON, PAULA SUSSMAN, GEORGE DUFFY and BRIAN CONBOY, repeat, reiterate and reallege each and every denial heretofore made in regard to each and every paragraph of plaintiff's amended complaint, designated as paragraphs "1" through "107" inclusive with the same force and effect as though more fully set forth at length herein.

33. Defendants deny having knowledge or information sufficient to form a belief as to each and every allegation contained in paragraph numbered "110" of the plaintiff's amended complaint and refer all questions of law and fact to this Honorable Court and the triers of fact at the trial of this action.

34. Defendants deny each and every allegation contained in paragraph numbered "111" of the plaintiff's amended complaint except admit that plaintiff was a female.

35. Defendants deny each and every allegation contained in paragraphs numbered "112", "113", "114", "115", "116", "117", "118", "119", "120" and "121" of the plaintiff's amended complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

36. The amended complaint fails to assert a claim upon which relief may be granted.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

37. The damages sustained by plaintiff, if any, were the result of plaintiff's own culpable conduct.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

38. The amended complaint should be dismissed as against the Seaford Defendants since any injuries and/or damages alleged by plaintiff, were caused solely by the negligence or intentional acts on the part of other persons over whom these answering defendants have no control and for whose acts these answering defendants are not liable.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

39. The amended complaint to the extent it alleges state law causes of action must be dismissed for plaintiff's failure to comply with §50-e of the General Municipal Law.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

40. Plaintiff has failed to comply with statutory conditions precedent to commencement of the action under state law against a municipal defendant as set forth in the General Municipal Law.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

41. No custom or practice adopted, followed, endorsed or ratified by defendants authorized a deprivation of plaintiff's constitutional rights.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

42. The amended complaint fails to set forth facts sufficient to constitute a deprivation of rights under federal law or a civil rights claim.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

43. The individual defendants at all times acted reasonably in the discharge of their duties and solely pursuant to their duties and responsibilities as public officials.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

44. The individual defendants reasonably believed that they were exercising and acting within their statutory and constitutional powers pursuant to federal and state law. As such, the individual defendants are and were protected by absolute and/or qualified immunity.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

45. Plaintiff failed to mitigate or otherwise act to lessen or reduce her damages.

### AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

46. Pursuant to section 1411 of the New York Civil Practice Law and Rules, the amount of damages, if any, recoverable by plaintiff, must be diminished in the proportion which the allegedly injured plaintiff's negligence assumption of risk, and/or culpable conduct bears to the overall culpable conduct that caused the damages.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

47. In accordance with Section 4545(c) of the New York Civil Practice Law and Rules, any verdict or judgment recovered by plaintiff as against Seaford Defendants must be

reduced by any past or future costs or expenses incurred by plaintiff for medical care, custodial care or rehabilitation services, loss of earnings or other economic loss, which have been or with certainty will be replaced or indemnified by any collateral source.

WHEREFORE, defendants, SEAFORD UNION FREE SCHOOL DISTRICT, MICHAEL J. RAGON, PAULA SUSSMAN, GEORGE DUFFY and BRIAN CONBOY, demand judgment dismissing the plaintiff's amended complaint herein, together with the costs and disbursements of this action.

Dated: Uniondale, New York
March 31, 2010

Yours etc.,

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

/s/
_____
By:   Laura A. Endrizzi  (0988)
*Attorneys for Defendants - SEAFORD UNION FREE SCHOOL DISTRICT, MICHAEL J. RAGON, PAULA SUSSMAN, GEORGE DUFFY and BRIAN CONBOY*
333 Earle Ovington Blvd., Suite 502
Uniondale, New York  11553
(516) 542-5900

TO:   THE LAW OFFICES OF
FREDERICK K. BREWINGTON
*Attorneys for Plaintiff*
50 Clinton Street, Suite 501
Hempstead, New York 11550
(516) 489-6959

# CERTIFICATE OF SERVICE

      I hereby certify that on April 2, 2010, the foregoing document, to wit, ANSWER TO AMENDED COMPLAINT was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules and/or the Eastern District's Rules on Electronic Service upon the following parties and participants.

      LAW OFFICES OF FREDERICK K. BREWINGTON
      Attorneys for Plaintiffs
      50 Clinton Street, Suite 501
      Hempstead, New York   11550
      (516) 489-6959

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

      /S/
By: _____
      Laura A. Endrizzi (LAE 0988)
Attorneys For Defts., SEAFORD UNION FREE SCHOOL DISTRICT, SEAFORD HIGH SCHOOL, MICHAEL J. RAGON, in his individual and official capacity, PAULA SUSSMAN, in her individual and official capacity, GEORGE DUFFY, III, in his individual and official capacity, BRIAN CONBOY, in his individual and official capacity
Office & P.O. Address
333 Earle Ovington Boulevard, Suite 502
Uniondale, New York 11530-3625
(516) 542-5900

**Index No.:  CV-08-4811**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

MEGAN TYRRELL,

                                Plaintiff,

     -against-

SEAFORD UNION FREE SCHOOL DISTRICT,
SEAFORD HIGH SCHOOL, MICHAEL J. RAGON,
in his individual and official capacity, PAULA
SUSSMAN, in her individual and official capacity,
GEORGE DUFFY, III, in his individual and official
capacity, BRIAN CONBOY, in his individual and
official capacity, JOHN and JANE DOES 1-10,

                                Defendants.

---

**ANSWER TO AMENDED COMPLAINT**

---

**CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER, ESQS**.
Attorneys for Defendants, SEAFORD UNION FREE SCHOOL DISTRICT,
SEAFORD HIGH SCHOOL, MICHAEL J. RAGON,
in his individual and official capacity, PAULA
SUSSMAN, in her individual and official capacity,
GEORGE DUFFY, III, in his individual and official
capacity, BRIAN CONBOY, in his individual and
official capacity
The Omni
333 Earle Ovington Boulevard, Suite 502
Uniondale, New York 11553-3625
(516) 542-5900
TELEFAX NO. (516) 542-5912

---

TO:    ALL PARTIES

---

Service of a copy of the within

                        Is hereby admitted.