UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MEGAN TYRRELL,                                              Docket No.  CV-08-4811
                                                                              (SJF) (MJO)
                                        Plaintiff,

                -against-

SEAFORD UNION FREE SCHOOL DISTRICT,                **DEFENDANTS'**
(Seaford High School), MICHAEL J. RAGON,            **INITIAL DISCLOSURE**
in his individual and official capacity, PAULA
SUSSMAN, in her individual and official capacity,
GEORGE DUFFY III, in his individual and official
capacity, BRIAN CONBOY, in his individual and
official capacity, JOHN and JANE DOES 1-10,

                                        Defendants.
------------------------------------------------------------------X

        Defendants SEAFORD UNION FREE SCHOOL DISTRICT, MICHAEL RAGON,

PAULA SUSSMAN, GEORGE DUFFY, III and BRIAN CONBOY (hereinafter referred to as

the "Seaford Defendants"), by their attorneys, Congdon, Flaherty, O'Callaghan, Reid, Donlon,

Travis & Fishlinger, Esqs., as and for their initial disclosure pursuant to Federal Rule of Civil

Procedure 26(a)(1), sets forth as follows:

        1.      In addition to the parties to this action, defendants are aware of the following

individuals who may have discoverable information that may be used to support their defenses:

- Daniel Hett, St. Anthony's High School, address unknown;

- Matthew Burnhauser, address unknown;

- Steven Roullo, address unknown;

- James Tyrrell; and

- Lisa Tyrrell.

        2.      The following documents listed as Exhibits may be used by defendants:

        (a)     Seaford High School 2005-2006 planner;

(b)      Letter to parents regarding computer use at school;

(c)      Seaford Union Free School District compliance form for use of computer network and access to the Internet;

(d)      Rules for Library Media Center Computers;

(e)      Terms and conditions for use of Internet and computer network (2 pages);

(f)      Rules for computers;

(g)      Notes of defendant Paula Sussman regarding conversations with plaintiff (3 pages);

(h)      Letter dated April 26, 2005 from James and Lisa Tyrrell to defendant Michael Ragon;

(i)      Letter dated May 2, 2005 from defendant George Duffy to Mr. and Mrs. James Tyrrell;

(j)      Email dated May 2, 2005 from defendant Michael Ragon to Defendant George Duffy regarding timeline of events.

3.      Not applicable.

4.      Annexed hereto as Exhibit "K" are copies of the insurance policies which may provide coverage to the Seaford Defendants with respect to this matter.

Dated: Uniondale, New York
       April 19, 2010

Respectfully submitted,

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

_____

By: Laura A. Endrizzi (0988)
*Attorneys for Defendants - SEAFORD UNION FREE SCHOOL DISTRICT, SEAFORD HIGH SCHOOL, MICHAEL J. RAGON, in his individual and official capacity, PAULA SUSSMAN, in her individual and official capacity, GEORGE DUFFY, III, in his individual and official capacity, BRIAN CONBOY, in his individual and official capacity*
333 Earle Ovington Blvd., Suite 502
Uniondale, New York 11553
(516) 542-5900

TO:    LAW OFFICES OF FREDERICK K. BREWINGTON
        Attorneys for Plaintiffs
        50 Clinton Street, Suite 501
        Hempstead, New York   11550
        (516) 489-6959

# CERTIFICATE OF SERVICE

       I hereby certify that on April 21, 2010, the foregoing document, to wit, DEFENDANT'S INITIAL DISCLOSURE AND EXHIBITS was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules and/or the Eastern District's Rules on Electronic Service upon the following parties and participants.

LAW OFFICES OF FREDERICK K. BREWINGTON
Attorneys for Plaintiffs
50 Clinton Street, Suite 501
Hempstead, New York   11550
(516) 489-6959

CONGDON, FLAHERTY, O'CALLAGHAN,
REID, DONLON, TRAVIS & FISHLINGER

/S/

By: _____
      Laura A. Endrizzi (LAE 0988)
Attorneys For Defts., SEAFORD UNION FREE SCHOOL
DISTRICT, SEAFORD HIGH SCHOOL, MICHAEL J.
RAGON, in his individual and official capacity, PAULA
SUSSMAN, in her individual and official capacity, GEORGE
DUFFY, III, in his individual and official capacity, BRIAN
CONBOY, in his individual and official capacity
Office & P.O. Address
333 Earle Ovington Boulevard, Suite 502
Uniondale, New York 11530-3625
(516) 542-5900