UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MEGAN TYRRELL,

                        Plaintiff,

          -against-

SEAFORD UNION FREE SCHOOL DISTRICT,      **ORDER**
SEAFORD HIGH SCHOOL, MICHAEL J. RAGON, in his   CV 08-4811 (SJF)(MLO)
individual and official capacity, PAULA SUSSMAN, in her
individual and official capacity, GEORGE DUFFY III, in his
individual and official capacity, and BRIAN CONBOY, in his
individual and official capacity,

                        Defendants.
------------------------------------------------------------------X
**ORENSTEIN, MICHAEL L., U.S. Magistrate Judge:**

      A status conference is scheduled before the undersigned for **June 7, 2010 at 10:00 a.m.** Counsel are directed to be prepared with dates for depositions including the non-party, Mrs. Tyrrell, and all proper authorizations for plaintiff's prior mental heath treatment providers.

      No adjournments will be permitted.

Dated: Central Islip, New York
       June 1, 2010

                                                                 MICHAEL L. ORENSTEIN
                                                              United States Magistrate Judge