**CONGDON, FLAHERTY, O=CALLAGHAN, REID**
**DONLON, TRAVIS & FISHLINGER**
ATTORNEYS AND COUNSELORS AT LAW
A Professional Corporation

| NEW YORK CITY OFFICE: | THE OMNI | ALBANY OFFICE: |
|---|---|---|
| 10 ROCKEFELLER PLAZA | 333 EARLE OVINGTON BLVD. SUITE 502 | 12 METRO PARK ROAD |
| SUITE 900 | UNIONDALE, NY 11553-3625 | SUITE 207 |
| NEW YORK, NY 10020 | | COLONIE, NY 12205 |
| 212-692-0496 | 516-542-5900 | 518-437-9300 |
| FAX 212-692-0639 | | FAX 518-437-1182 |
| | FAX NO. 516-542-5912 | |

*Francis X. Schroeder*         E-mail: fschroeder@cfolegal.com         Writer's direct dial:
   Partner                                                                                  516-750-9303

August 13, 2010

Law Offices of Frederick K. Brewington
556 Peninsula Boulevard
Hempstead, New York 11550

Attn: Marjorie Mesidor, Esq.

    Re:    **Tyrrell v. Seaford UFSD**
           Index No. CV-08-4811
           Our File No: NYSIR3-1

Dear Ms. Mesidor:

    Enclosed, please find a copy of the motion for summary judgment served on behalf of the Seaford Defendants in this matter.

    Thank you for your attention to this matter.

                                      Very truly yours,

                                      CONGDON, FLAHERTY, O'CALLAGHAN,
                                      REID, DONLON, TRAVIS & FISHLINGER

                                        Francis X. Schroeder

FXS/dgr
H:\WPDOCS\FILES\T\Tyrrell\nysir3-001\correspo\pltf.motion.8-13.doc