**CONGDON, FLAHERTY, O'CALLAGHAN, REID
DONLON, TRAVIS & FISHLINGER**
ATTORNEYS AND COUNSELORS AT LAW
A Professional Corporation

| NEW YORK CITY OFFICE: | THE OMNI | ALBANY OFFICE: |
|---|---|---|
| 10 ROCKEFELLER PLAZA | 333 EARLE OVINGTON BLVD. SUITE 502 | 12 METRO PARK ROAD |
| SUITE 900 | UNIONDALE, NY 11553-3625 | SUITE 207 |
| NEW YORK, NY 10020 | | COLONIE, NY 12205 |
| 212-692-0496 | 516-542-5900 | 518-437-9300 |
| FAX 212-692-0639 | | FAX 518-437-1182 |
| | FAX NO. 516-542-5912 | |

*Francis X. Schroeder*  E-mail: fschroeder@cfolegal.com                Writer's direct dial:
    Partner                                                              516-750-9303

August 13, 2010

Law Offices of Frederick K. Brewington
556 Peninsula Boulevard
Hempstead, New York 11550

Attn: Marjorie Mesidor, Esq.

    Re:    **Tyrrell v. Seaford UFSD**
            Index No. CV-08-4811
            Our File No: NYSIR3-1

Dear Ms. Mesidor:

    Enclosed, please find a copy of the motion for summary judgment served on behalf of the Seaford Defendants in this matter.

    Thank you for your attention to this matter.

                                    Very truly yours,

                                    CONGDON, FLAHERTY, O'CALLAGHAN,
                                    REID, DONLON, TRAVIS & FISHLINGER

                                    Francis X. Schroeder

FXS/dgr

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2010, the foregoing document, to wit, LETTER enclosing Motion for Summary Judgment , Memorandum of Law and Exhibits was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules and/or the Eastern District's Rules on Electronic Service upon the following parties and participants.

        LAW OFFICES OF FREDERICK K. BREWINGTON
                Attorneys for Plaintiffs
              50 Clinton Street, Suite 501
             Hempstead, New York  11550
                  (516) 489-6959

                CONGDON, FLAHERTY, O'CALLAGHAN,
                REID, DONLON, TRAVIS & FISHLINGER

                      /S/
By: _____
                Laura A. Endrizzi (LAE 0988)
Attorneys For Defts., SEAFORD UNION FREE SCHOOL DISTRICT, SEAFORD HIGH SCHOOL, MICHAEL J. RAGON, in his individual and official capacity, PAULA SUSSMAN, in her individual and official capacity, GEORGE DUFFY, III, in his individual and official capacity, BRIAN CONBOY, in his individual and official capacity
Office & P.O. Address
333 Earle Ovington Boulevard, Suite 502
Uniondale, New York 11530-3625
(516) 542-5900

H:\WPDOCS\FILES\T\Tyrrell\nysir3-001\correspo\pltf.motion.8-13.doc