**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MEGAN TYRRELL,

                         Plaintiff,

    - against -

SEAFORD UNION FREE SCHOOL DISTRICT,
SEAFORD HIGH SCHOOL, MICHAEL J. RAGON,
PAULA SUSSMAN, GEORGE DUFFY, III, and
BRIAN CONBOY, all in their individual and official
capacities,

                      Defendants.
----------------------------------------------------------------X

**JUDGMENT**

CV-08-4811 (SJF)(WDW)

      An Opinion and Order of Honorable Sandra J. Feuerstein, United States District Judge, having been filed on June 1, 2011, granting defendants' motion for summary judgment, dismissing the amended complaint in its entirety with prejudice, and directing the Clerk of Court to enter judgment in favor of defendants and to close this case, it is

      **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that the amended complaint is dismissed in its entirety with prejudice; that defendants' motion for summary judgment is granted; and that this case is hereby closed.

Dated: Central Islip, New York
       June 8, 2011

                                                 ROBERT C. HEINEMANN
                                                 CLERK OF THE COURT

                                       By:    /s/ Catherine Vukovich
                                                   Deputy Clerk